Luis Alfredo Perez#1840600
Telford Unit
3899 State Hwy 98
New Boston, Tx 75570


State Law Library
Tom C. Clark Bldg. G01
205 West 14th Street
Austin, Tx 78701


RE: LUIS ALFREDO PEREZ V. THE STATE OF TEXAS NO.08-13-00103-CR


Dear Clerk:

I am writing to find out the price of copies of the Reporter's Record and the Clerk's Record in the above-styled cause. Please reply to the above address.

Thank you,

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 31 2016

Abel Acosta. Clerk